844

No. 33, Misc. LAIR v. RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 35, Misc. FAIR v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 36, Misc. COLLINS v. RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 37, Misc. CAMPBELL v. SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 39, Misc. BUZZIE v. CALIFORNIA. District Court of Appeal of California, Fourth Appellate District. Certiorari denied.

No. 40, Misc. WALL v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 41, Misc. KALINOWSKI v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 42, Misc. HARGRAVES v. CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 43, Misc. FIRMSTONE v. DAY, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 44, Misc. HUDSON v. DAY, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. Petitioner pro se. Richardson Dilworth for respondent.